# CULLENandDYKMANLLP

JENNIFER A. McLAUGHLIN
PARTNER
Direct: 516-357-3713
Direct Fax: 516-296-9155
E-mail: JMcLaughlin@cullenanddykman.com

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

March 7, 2007

**VIA ECF**
Magistrate Judge Arlene R. Lindsay
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

RE:  Anllir Ramirez-Vega v. Garden City Police Dep't., et al.
Civil Action No. CV 05-4534 (Wexler, J.) (Lindsay, M.J.)
       and
Montoya v. Garden City Police Dep't., et al.,
Civil Action No. CV 05-4395 (Wexler, J.) (Lindsay, M.J.)

Dear Magistrate Lindsay:

This firm represents the defendants in the above actions. I write to advise you that the matters have settled in principle. The parties are currently working on the appropriate settlement documents and respectfully request thirty days to file a stipulation of discontinuance in each action in order to complete the settlement documentation and to tender the settlement checks. To that end we expect that the pre-trial conference scheduled for March 12, 2007 will be canceled.

Thank you for your assistance in bringing this matter to a close.

Respectfully yours,

Jennifer A. McLaughlin (JM 5678)

JAM:ms

cc:  (VIA FACSIMILE)
David Segal
(Counsel for Juan Montoya)
Helene Gugerty
(Counsel for Anilir Ramirez-Vega)

*Founded 1850*

BROOKLYN    LONG ISLAND    MANHATTAN    WASHINGTON, D.C.    NEW JERSEY